1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7          FOR THE EASTERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,         )    Case №: 2:20-mj-00005-CKD
                                      )
9              Plaintiff,             )         **O R D E R**
                                      )      **APPOINTING COUNSEL**
10             vs.                    )
                                      )
11  BARTON JOSEPH SLOAN,              )
                                      )
12             Defendant.             )
                                      )
13  _____)

14       The above named Defendant has, under oath, sworn or affirmed as to his financial

15  inability to employ counsel or has otherwise satisfied this Court that he/she is financially unable

16  to obtain counsel and wishes counsel be appointed to represent him/her.  Therefore, in the

17  interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18       IT IS HEREBY ORDERED appointing Alin Cintean to represent the above defendant in

19  this case effective *nunc pro tunc*  to  January 10, 2020.

20       This appointment shall remain in effect until further order of this court.

21
22  DATED:  1/15/2020

23
24  _____
    HON. EDMUND F. BRENNAN
25  United States Magistrate Judge

26
27
28

ORDER APPOINTING COUNSEL