| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>January 10, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BARTON JOSEPH SLOAN,<br><br>　　　　　Defendant. | Case No.  2:20-mj-00005-CKD<br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  BARTON JOSEPH SLOAN  Case No. 2:20-mj-00005-CKD  Charges 21 U.S.C. §846,841 (a)(1) from custody for the following reasons:

　　　_____  Release on Personal Recognizance

　　　_____  Bail Posted in the Sum of $ _____

　　　　　　　_____  Unsecured Appearance Bond $ _____

　　　　　　　_____  Appearance Bond with 10% Deposit

　　　　　　　_____  Appearance Bond with Surety

　　　　　　　_____  Corporate Surety Bail Bond

　　　　　　　__X__  (Other): Pretrial Supervision conditions as stated on the record in open court.

Issued at Sacramento, California on January 10, 2020 at 2:00 PM

　　　　　　　　　　　　　　　　　By: _____

　　　　　　　　　　　　　　　　　　　Magistrate Judge Kendall J. Newman