PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:20-CR-00022-DAD |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| BARTON JOSEPH SLOAN, | DATE: January 17, 2023 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Dale A. Drozd |

**STIPULATION**

1.      This case was set for a status conference on January 17, 2023.

2.      By this stipulation, the United States and defendant Barton Joseph Sloan, through their respective counsel, move to continue the status conference until January 31, 2023, and to exclude time between January 17, 2023, and January 31, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has produced in this matter approximately 60 pages of police reports, court documents, and photographs, as well as a recording of a post-arrest interview.

b)      Defense counsel requires additional time to review the discovery, analyze the case, and discuss it with her client.  Defense counsel will also need time to conduct additional investigation and investigate potential defenses and evidence in mitigation of potential sentence in the event of a negotiated disposition.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1  c)  Defense counsel represents and believes that failure to grant additional time as

2  requested would deny Mr. Sloan the reasonable time necessary for effective preparation,

3  considering the exercise of due diligence.

4  d)  The government does not object to this continuance.

5  e)  Nothing in this stipulation and order shall preclude a finding that other provisions

6  of the Speedy Trial Act dictate that additional time periods are excludable from the period within

7  which a trial must commence

8  f)  In addition to the public health concerns cited by General Order 611 and

9  presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in

10  this case because some of evidence defense counsel seeks to review is available only in the

11  offices of the United States Attorney, due to concerns for witness safety.  Defense counsel and

12  defense investigators have been encouraged to telework and minimize personal contact to the

13  greatest extent possible, and to that end would be best served by delaying that review.

14  g)  Based on the above-stated findings, the ends of justice served by continuing the

15  case as requested outweigh the interest of the public and the defendant in a trial within the

16  original date prescribed by the Speedy Trial Act.

17  h)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

18  et seq., within which trial must commence, the time period of January 17, 2023 to January 31,

19  2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

20  T4] because it results from a continuance granted by the Court at defendant's request on the basis

21  of the Court's finding that the ends of justice served by taking such action outweigh the best

22  interest of the public and the defendant in a speedy trial, and pursuant to the Court's General

23  Orders, in light of the public safety concerns created by the COVID-19 pandemic.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4

5    IT IS SO STIPULATED.

6  Dated:  January 11, 2023                                    PHILLIP A. TALBERT
                                                               United States Attorney

7                                                              /s/ JAMES R. CONOLLY
                                                               JAMES R. CONOLLY
8                                                              Assistant United States Attorney

9

10  Dated:  January 11, 2023                                   /s/ SHARI RUSK
                                                               SHARI RUSK
11                                                             Counsel for Defendant
                                                               BARTON JOSEPH SLOAN
12

13
                                          **ORDER**
14

    IT IS SO ORDERED.
15

16  Dated:   **January 11, 2023**                    _____
                                                     UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                3
PERIODS UNDER SPEEDY TRIAL ACT