PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-22-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR DISCOVERY |
| v. | Date: September 28, 2023 |
| BARTON JOSEPH SLOAN, | Time: 2:00 p.m. |
| Defendant. | Court: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for discovery on September 5, 2023, noticing a hearing on the motion for September 19, 2023. ECF No. 61.

2. Counsel for the government requests additional time to respond to the defendant's motion as well as to produce discovery which may obviate the need for the Court to rule on certain of the issues the defendant raises in his motion.

3. The government has contacted counsel for the defendant, who has indicated that she does not oppose the government's request.

4. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The hearing on the motion to be set for September 28, 2023.

b) The government's response to the defendant's motion to be filed on or before September 19, 2023;

c) The defendant's reply to the government's response to be filed on or before September 25, 2023.

IT IS SO STIPULATED,

Dated: September 12, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated: September 12, 2023

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
BARTON JOSEPH SLOAN

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The hearing on defendant's discovery motion, ECF No. 61, is re-set to September 28, 2023

b) The government's response to the defendant's motion is due on or before September 19, 2023;

c) The defendant's reply to the government's response, if any, is due on September 25, 2023.

IT IS SO FOUND AND ORDERED

Dated: September 13, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE