**SHARI RUSK**
Attorney at Law
P.O. Box 188945
Sacramento, CA 95818
Telephone:  (916) 804-8656
Email: rusklaw@att.net

**Attorney for Defendant
BARTON SLOAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>BARTON SLOAN,<br>　　　　　　Defendant. | **No.** 2:20-CR-00022-DAD<br><br>**COURT:**  Hon. Dale A. Drozd<br>　**DATE:**  October 8, 2024<br>　**TIME:**    9:30 a.m.<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGEMENT AND SENTENCING** |

　　　The United States of America through its undersigned counsel, James Conolly, Assistant United States Attorney, together with counsel for defendant BARTON SLOAN, Shari Rusk, Esq., hereby agree to the following:

　1.　By previous order, this matter was set for judgement and sentencing on August 13, 2024.

　　2.　　The parties agree to continue the sentencing hearing until October 8, 2024, and that date is available with the Court.  The parties request the following schedule:

　Judgment and Sentencing Date:　　　　　October 8, 2024

　Reply or Statement of Non-Opposition:　　October 1, 2024

1

| | |
|---|---|
| Formal Objections: | September 24, 2024 |
| Counsel's Informal Objections: | September 10, 2024 |

DATE: August 5, 2024                                                         Respectfully Submitted,

                                                                           /s/ Shari Rusk
                                                                           Shari Rusk
                                                                           Attorney for Defendant
                                                                           BARTON SLOAN

cc: Miranda Lewis, USPO                            /s/ James Conolly
                                                                           James Conolly
                                                                           Assistant United States Attorney

## **ORDER**

Pursuant to the stipulation of the parties, the sentencing hearing previously scheduled for August 13, 2024 is continued to October 8, 2024, at 9:30 a.m.  However, no further continuances of the sentencing hearing will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated:   **August 6, 2024**                                   _____
                                                                                      DALE A. DROZD
                                                                                      UNITED STATES DISTRICT JUDGE