**SHARI RUSK**
Attorney at Law
P.O. Box 188945
Sacramento, CA 95818
Telephone:  (916) 804-8656
Email: rusklaw@att.net

**Attorney for Defendant
BARTON SLOAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>             Plaintiff,<br><br>       vs.<br><br>BARTON SLOAN,<br>             Defendant. | **No.** 2:20-CR-00022-DAD<br><br>**COURT:**  Hon. Dale A. Drozd<br>**DATE:**  November 19, 2024<br>**TIME:**    9:30 a.m.<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGEMENT AND SENTENCING/MOTION TO WITHDRAW PLEA** |
|---|---|

　　　The United States of America through its undersigned counsel, James Conolly, Assistant United States Attorney, together with counsel for defendant BARTON SLOAN, Shari Rusk, Esq., hereby agree to the following:

1. By previous order, this matter was set for judgement and sentencing on November 12, 2024, with any motions due two weeks in advance, on October 29, and any responses to those motions due one week in advance, on November 5.  ECF No. 130.

2. The defense requests that the matter be continued for a week, to November 19, 2024, and that the motion filing dates be adjusted accordingly.

3. The government does not object to this request.

4. The parties have confirmed that the Probation Officer is also available on November 19, 2024, for a continued judgment and sentencing hearing.

5. By this stipulation, it is therefore requested that the sentencing be continued one week, until November 19, 2024, with any motions to be filed no later than November 5, 2024, and any responses to those motions to be filed no later than November 12, 2024.

DATE: October 23, 2024                                         Respectfully Submitted,

                                                                                                 /s/ Shari Rusk
                                                                                                  Shari Rusk
                                                                                                  Attorney for Defendant
                                                                                                  BARTON SLOAN


cc: Miranda Lewis, USPO                        /s/ James Conolly
                                                                                                   James Conolly
                                                                                                        Assistant United States Attorney

## **ORDER**

     Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for November 12, 2024 is continued one week, until November 19, 2024, at 9:30 a.m. In light of the continuance of the sentencing hearing, any motions to be filed are now due no later than November 5, 2024, and any responses to any motions filed shall be filed by November 12, 2024.

     IT IS SO ORDERED.

Dated: **October 30, 2024**                                                                                           /s/ Dale A. Drozd
                                                                                                     DALE A. DROZD
                                                                                                     UNITED STATES DISTRICT JUDGE