**SHARI RUSK**
Attorney at Law
P.O. Box 188945
Sacramento, CA 95818
Telephone:  (916) 804-8656
Email: rusklaw@att.net

**Attorney for Defendant
BARTON SLOAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>BARTON SLOAN,<br>　　　　　　　Defendant. | No. 2:20-CR-022-DAD/JP<br><br>**COURT:**  Hon. Dale A. Drozd<br><br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE** |

　　　The United States of America through its undersigned counsel, James Conolly, Assistant United States Attorney, together with counsel for defendant BARTON SLOAN, Shari Rusk, Esq., hereby agree to the following:

　1. That Mr. Sloan's drug testing condition (# 9) be removed from his pre-trial conditions.

　2. This request is based on Pre-trial's report and recommendation that due to Mr. Sloan's positive progress on supervision and his continued negative tests, Pre-trial Services requests that the defendant's conditions of release be modified to remove the drug testing condition (condition  #9).

　3.  In addition, the other conditions (#2, 12, #13) have been satisfied and can also be removed to bring the conditions up to date.

1

The government does not object to this request.

DATE: November 27, 2024                              Respectfully Submitted,

                                                                              /s/ Shari Rusk  
                                                                              Shari Rusk  
                                                                              Attorney for Defendant  
                                                                              BARTON SLOAN

cc: Taifa Gaskins, USPT                                    /s/ James Conolly  
                                                                              James Conolly  
                                                                              Assistant United States Attorney

**ORDER**

It is so ordered.

Dated:  December 2, 2024                                     _____  
                                                                         CHI SOO KIM  
                                                                        UNITED STATES MAGISTRATE JUDGE