TAMARA SOLOMAN (CSB # 183841))
Attorney at Law
901 H Street, Suite 400
Sacramento, California 95814
Telephone: (916) 712-8962

Attorney for Defendant
Barton Sloan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No.  2:20-cr-00022 DAD |
| Plaintiff, | ) ) | SUBSTITUTION OF ATTORNEY |
| v. | ) ) | |
| BARTON SLOAN, | ) ) | |
| Defendant, | ) ) | |

It is respectfully requested that attorney SHARI RUSK be relieved as attorney of record in the above captioned and that attorney TAMARA SOLOMAN, 901 H Street, Suite 400, Sacramento, California 95815; telephone number (916) 712-8962, be substituted in as appointed counsel for the duration of the pending matter.

Dated:  December 6, 2024

                                        Respectfully submitted,

                                        */s/ Tamara Soloman*
                                        TAMARA SOLOMAN
                                        Attorney

I accept the substitution and ask to be relieved.

DATED: December 6, 2024

                                                        */s/ Shari Rusk*
                                                        SHARI RUSK
                                                        Attorney at Law

I accept the substitution.

DATED: December 6, 2024                          /s/ Barton Sloan
                                                        BARTON SLOAN
                                                        Defendant

**O R D E R**

IT IS SO ORDERED.

Dated: **December 13, 2024**                    /s/ Dale A. Drozd
                                                        DALE A. DROZD
                                                        UNITED STATES DISTRICT JUDGE