MICHELE BECKWITH
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BARTON JOSEPH SLOAN,<br><br>Defendant. | CASE NO. 2:20-CR-22-KJM<br><br>STIPULATION TO SET PRESENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE; ORDER<br><br>DATE: June 23, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1.      By previous order, the Court set this case for judgment and sentencing on June 23, 2025, and directed the parties to prepare a schedule for disclosure of the Presentence Investigation Report. ECF No. 155.

2.      By this stipulation, the United States and defendant Barton Joseph Sloan, through their respective counsel, propose that the Court set the schedule below for disclosure of the PSR and the filing of any party objections in advance of sentencing.

3.      The parties have consulted with the Probation Officer assigned, who has indicated that she is in agreement with the proposed schedule.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

| | |
|---|---|
| Judgment and Sentencing Date: | June 23, 2025 |
| Reply, or Statement of Non-Opposition: | June 16, 2025 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | June 16, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | June 09, 2025 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | June 05, 2025 |
| The draft Presentence Report shall be disclosed to counsel no later than: | May 29, 2025 |

IT IS SO STIPULATED.

Dated: May 22, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated: May 22, 2025

/s/ TAMARA SOLOMAN
TAMARA SOLOMAN
Counsel for Defendant
BARTON JOSEPH SLOAN

/////
/////
/////

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**ORDER**

IT IS SO FOUND AND ORDERED. The court sets the following schedule:

- Judgment and Sentencing Date:                                    June 23, 2025
- Reply, or Statement of Non-Opposition:                           June 16, 2025
- Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:     June 16, 2025
- The final Presentence Report shall be filed with the Court and disclosed to counsel no later than:                                                   June 09, 2025
- Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:      June 05, 2025
- The draft Presentence Report shall be disclosed to counsel no later than:                                                                            May 29, 2025

DATED: May 23, 2025.

UNITED STATES DISTRICT JUDGE