TAMARA SOLOMAN (CSB # 183841))
Attorney at Law
901 H Street, Suite 400
Sacramento, California  95814
Telephone: (916) 712-8962

Attorney for Defendant
Barton Sloan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, ) | Case No.  2:20-cr-00022 DAD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | JUDGEMENT AND SENTENCING |
| v. ) | |
| ) | |
| BARTON SLOAN, ) | |
| ) | |
| Defendant, ) | |
| ) | |

The United States of America through its undersigned counsel, James Conolly, Assistant United States Attorney, together with counsel for defendant BARTON SLOAN, Tamara Soloman, Esq., hereby agree to the following:

1. By previous order, this matter was set for judgement and sentencing on June 23, 2025 with formal objections to the presentence report and any sentencing memorandums due one week in advance, on June 16, 2025.  The final Revised Presentence Report was filed on June 10, 2025.

2. The defense requests that the matter be continued to July 28, 2025.  This is the first available date for the Court and counsel.

-1-

3. Defense counsel makes this request based on trial schedules.  Counsel has been engaged in a state homicide trial since the beginning of the month.  The jury was given an estimated finish date of June 25, 2025.

4. Defense counsel requests additional time to submit objections and all sentencing memorandums and statements in mitigation.

5. The government does not object to the request and the date agreed upon takes into account Government counsel's schedule.

6. The parties have confirmed that the Probation Officer is also available on July 28, 2025 for a continued judgement and sentencing hearing.

7. By this stipulation it is therefore requested that the sentencing be continued to July 28, 2025, at 9:30 a.m., with any motions to be filed no later than July 14, 2025, and any responses to those motions to be filed no later than July 21, 2025.

Dated:  June 16, 2025

Respectfully submitted,

/s/ Tamara Soloman
TAMARA SOLOMAN
Attorney for Defendant
BARTON SLOAN

/s/James Conolly
JAMES CONOLLY
Assistant United States Attorney

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in this case previously scheduled for June 23, 2025, is continued to July 28, 2025, at 9:30 a.m. and the schedule for the filing of formal objections to the presentence report and any sentencing memorandums and replies thereto proposed by the parties is adopted.

IT IS SO ORDERED.

Dated: **June 16, 2025**

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE