IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:20-cr-00022-DAD |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| BARTON JOSEPH SLOAN | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The above-named Defendant has, under oath, sworn or affirmed as to his/her financial inability to employ counsel or has otherwise satisfied this Court that his/her is financially unable to obtain counsel and wishes counsel be appointed to represent him/her on Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Toni White be appointed to represent the above defendant in this case effective *nunc pro tunc* to March 16, 2026, substituting the Federal Defenders Office appointed per G.O. 595.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   **March 16, 2026**   _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

-1-